No. 71–1319.  IN RE SARELAS.  Sup. Ct. Ill.  Certiorari denied.

No. 71–1323.  GRIMES v. DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–1325.  STIVERS v. KENTUCKY STATE BAR ASSN. Ct. App. Ky.  Certiorari denied.

No. 71–1338.  COMPTON ET AL. v. METAL PRODUCTS, INC.  C. A. 4th Cir.  Certiorari denied.

No. 71–1342.  ADAMS v. HARRIS COUNTY, TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 71–1355.  HESSMAN ET AL., DBA SANDY CROCKET DODGE v. NATIONAL LABOR RELATIONS BOARD; and
No. 71–1356.  VALLEY FORD SALES, INC., DBA FRIENDLY FORD v. NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 71–5949.  GRIMES v. MUNICIPAL COURT FOR THE CENTRAL DISTRICT OF ORANGE COUNTY.  Sup. Ct. Cal. Certiorari denied.

No. 71–5983.  SHELTON v. JONES.  C. A. 7th Cir.  Certiorari denied.

No. 71–6097.  MOORE v. LAVALLEE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–6109.  NEGRON v. AGNEW, STATE HOSPITAL DIRECTOR.  C. A. 2d Cir.  Certiorari denied.

No. 71–6117.  PARKER v. SESSIONS ET AL.  Sup. Ct. Fla.  Certiorari denied.